# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2892

_____

| | | |
|---|---|---|
| Linda L. Leonard, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Scholastic, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: June 6, 2005
Filed: June 8, 2005

_____

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Linda Leonard appeals from the district court's[1] adverse grant of summary judgment in her claims of age discrimination and retaliation for protected activity. Upon de novo review, see Evers v. Alliant Techsystems, Inc., 241 F.3d 948, 953 (8th Cir. 2001) (standard of review), we affirm.

Specifically, Leonard did not present evidence establishing a prima facie case of age discrimination or retaliation. See Erenberg v. Methodist Hosp., 357 F.3d 787,

_____

[1]The Honorable Nanette K. Laughery, United States District Judge for the Western District of Missouri.

793 (8th Cir. 2004) (elements of retaliation prima facie case); <u>Dorsey v. Pinnacle Automation Co.</u>, 278 F.3d 830, 836 (8th Cir. 2002) (age discrimination claims brought under Missouri Human Rights Act subject to same analysis that controls claims brought under federal Age Discrimination in Employment Act); <u>Harlston v. McDonnell Douglas Corp.</u>, 37 F.3d 379, 382 (8th Cir. 1994) (elements of age discrimination prima facie case).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____